**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IDELMIS LEVYA DOMINGUEZ,

Petitioner,

v. Case No. 3:26-cv-1286-WWB-LLL

MARKWAYNE MULLIN, et al.,

Respondents.

## ORDER

Petitioner, an immigration detainee at Baker Correctional Institute, initiated this action, with help from counsel, by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). He asserts that his prolonged detention has violated his rights under *Zadvydas v. Davis*, 533 U.S. 678 (2001), as well as his procedural and substantive due process rights. (Doc. 1 at 6–8). As relief, he seeks, *inter alia*, immediate release from immigration detention. (*Id.* at 9).

Federal Respondents filed a Response arguing they intend to remove Petitioner to Mexico and "the only thing stopping removal is [Petitioner's] refusal" to cooperate with removal efforts. (Doc. 6 at 6). They further contend Petitioner "refuses removal to a third country willing to accept" him. (*Id.* at 5). Petitioner has filed a Reply denying that he has thwarted any removal efforts and arguing that Federal Respondents have failed to demonstrate that Mexico is willing to accept him. (Doc. 7).

Accordingly, it is **ORDERED** that by **September 15, 2026**, Federal Respondents must file a supplement including evidence supporting their position that Mexico is willing to accept Petitioner should Petitioner cease any alleged efforts to impede his removal.

**DONE AND ORDERED** in Jacksonville, Florida, on September 1, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
C:
Counsel of Record